**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Tri-Valley Corporation, *et al.*,[1] | Case No. 12-12291 (MFW) |
| Debtors. | |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, *et al.*, | Adv. Pro. No. 14-50631 |
| Plaintiff. | |
| v. | |
| Rain for Rent – Santa Paula Corp., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Charles A. Stanziale, Jr., the chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors/plaintiffs (the "Debtors") pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses the above-captioned adversary proceeding with prejudice.

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.

00356276 - 1

| | |
|---|---|
| Dated: August 28, 2014<br>Wilmington, Delaware | CIARDI CIARDI & ASTIN<br><br>*/s/ Joseph J. McMahon, Jr.*<br>Daniel K. Astin, Esq. (No. 4068)<br>Joseph J. McMahon, Jr., Esq. (No. 4819)<br>John D. McLaughlin, Jr. (No. 4123)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Tel: (302) 658-1100<br>Fax: (302) 658-1300<br>jmcmahon@ciardilaw.com<br><br>*Counsel to Charles A. Stanziale, Jr. the Chapter 7 Trustee* |